(May 2, 1967)

■ Sam Shapolsky, Respondent, v. Harry Shapolsky et al., Appellants.

Concur — Eager, J. P., Capozzoli, Rabin, McNally and McGivern, JJ. [53 Misc 2d 830.]

■ In the Matter of Hatalie Filler et al., as Executors of Becky Aaron, Deceased, et al., Respondents, Jacob Freidus et al., Appellants

Concur — Botein, P. J., Capozzoli, Rabin, McNally and McGivern, JJ.

(May 4, 1967)

■ In the Matter of Frederick J. Miller, an Attorney. Concur — Botein, P. J., Rabin, Stevens, Eager, and Steuer, JJ.

■ In the Matter of Seymour Breiterman, an Attorney. Concur — Botein, P. J., Eager, Steuer, Capozzoli, and McNally, JJ.

(Republished)

■ Herbert H. Levess, Respondent, v. Edith B. Levess, Appellant.— Concur — Botein, P. J., Stevens, Tilzer, McNally and McGivern, JJ. [See 27 A D 2d 927]